## ROCKWELL SOFTWARE, INC. and Allen–Bradley Company, LLC, Plaintiffs–Appellants,

v.

## SOLAIA TECHNOLOGY LLC, Defendant–Appellee.

### No. 02–1337.

United States Court of Appeals, Federal Circuit.

DECIDED: June 17, 2002.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

## Thomas HEINL, Plaintiff–Appellant,

v.

## Nicholas P. GODICI, Acting Undersecretary of Commerce for Intellectual Property and Acting Director, Patent and Trademark Office, Defendant–Appellee.

### No. 01–1564.

United States Court of Appeals, Federal Circuit.

DECIDED: June 17, 2002.

### ORDER

Upon consideration of Thomas Heinl's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.